**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

PG PUBLISHING COMPANY, INC., AND      :    No. 71 WM 2023
THE BUTLER EAGLE,                                 :
                                           :
            Respondents               :
                                           :
                                           :
            v.                         :
                                           :
                                           :
PITTSBURGH TYPOGRAPHICAL UNION    :
#7 (CWA LOCAL 14827); PITTSBURGH      :
NEWSPAPER PRINTING                   :
PRESSMAN/PAPER HANDLERS  UNION     :
#9 (TEAMSTERS LOCAL 24M/9N);        :
PITTSBURGH MAILERS UNION #22 (CWA   :
LOCAL 14842); AND NEWSPAPER,        :
NEWSPRINT,  MAGAZINE AND FILM       :
DELIVERY DRIVERS, HELPERS, AND      :
HANDLERS (TEAMSTERS #205/211);      :
NEWSPAPER GUILD OF PITTSBURGH     :
LOCAL #38061; DON MCCONNELL, IN HIS   :
INDIVIDUAL CAPACITY AND IN HIS       :
CAPACITY AS THE PITTSBURGH         :
TYPOGRAPHICAL UNION  #7 (CWA        :
LOCAL 14827) PRESIDENT;              :
CHRISTOPHER V. LANG, IN HIS         :
INDIVIDUAL CAPACITY AND IN HIS       :
CAPACITY AS THE PITTSBURGH  NEWS   :
PRINTING PRESSMAN/PAPER           :
HANDLERS UNION #9 (TEAMSTER LOCAL   :
24M/9N) PRESIDENT; JOHN A. CLARK,     :
JR., IN HIS  INDIVIDUAL CAPACITY AND   :
IN HIS CAPACITY AS THE PITTSBURGH    :
MAILERS UNION #22 (CWA LOCAL 14842)   :
PRESIDENT; EDWARD  A. BOEHM, IN HIS   :
INDIVIDUAL CAPACITY AND IN HIS       :
CAPACITY AS THE NEWSPAPER,         :
NEWSPRINT, MAGAZINE AND FILM       :
DELIVERY  DRIVERS, HELPERS, AND     :
HANDLERS (TEAMSTERS #205/211)      :
PRESIDENT; ZACHARY L. TANNER, IN    :
HIS INDIVIDUAL CAPACITY AND  IN HIS    :

CAPACITY AS THE NEWSPAPER GUILD  :
OF PITTSBURGH LOCAL #38061  :
PRESIDENT; JOSEPH BAKER; MARCY  :
RUBIN;  ROBERT BOYLE; AND ALL  :
OTHERS CONSPIRING, ACTING IN  :
CONCERT OR OTHERWISE  :
PARTICIPATING WITH THEM OR ACTING  :
IN THEIR AID  OR BEHALF,  :
  :
               Petitioners  :

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of November, 2023, the Emergency Petition to Continue Stay of Permanent Injunction Pending Review by the Supreme Court of Pennsylvania is hereby **DENIED**.